UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES L. ANDERSON and ANDERSON & ASSOCIATES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LONESOURCE, INC. and BRADLEY P. KING, <br><br>Defendants. | Civil Action <br>File No.:    1:11-CV-01986-RLV |

## DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs JAMES L. ANDERSON and ANDERSON & ASSOCIATES, INC and Defendants LONESOURCE, INC. and BRADLEY P. KING and respectfully show this Honorable Court that the foregoing case has been settled as to the satisfaction of the parties. The Clerk of Court is hereby requested and directed to mark said action settled, satisfied and Dismissed with Prejudice **AS TO ALL CLAIMS and COUNTERCLAIMS** pending in this action.

*[Signatures on following page]*

This 24th day of January, 2012.

        CARL L. SOLLEE, LLC
        Attorney for Plaintiffs

By:  *S/ CARL L. SOLLEE*
      CARL L. SOLLEE
      Georgia State Bar No.: 000242
      carl@solleelaw.com

      Carl L. Sollee, LLC
      1376 Sheffield Drive, NE
      Atlanta, GA 30329


      GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
      Attorneys for Defendants Lonesource, Inc. and
      Bradley P. King

By:  *S/ DAVID M. ABERCROMBIE*
      EDWARD H. LINDSEY, JR.
      Georgia State Bar No.: 453075
      elindsey@gmlj.com
      DAVID M. ABERCROMBIE
      Georgia State Bar No.: 000394
      dabercrombie@gmlj.com

      Goodman McGuffey Lindsey & Johnson, LLP
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES L. ANDERSON and ANDERSON & ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LONESOURCE, INC. and BRADLEY P. KING, <br><br> Defendants. | Civil Action <br> File No.:     1:11-CV-01986-RLV |

## CERTIFICATE OF COMPLIANCE

The foregoing is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

*S/ CARL L. SOLLEE*
Carl L. Sollee
Georgia State Bar No.:  000242
carl@solleelaw.com

Carl L. Sollee, LLC
1376 Sheffield Drive, NE
Atlanta, GA 30329

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES L. ANDERSON and ANDERSON & ASSOCIATES, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> LONESOURCE, INC. and BRADLEY P. KING, <br><br>  Defendants. | Civil Action <br> File No.:   1:11-CV-01986-RLV |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this **DISMISSAL WITH PREJUDICE**, with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record or the following party by mail:

| | |
|---|---|
| Michael C. Lord, Esq. <br> Williams Mullen <br> 301 Fayetteville Street <br> Suite 1700 <br> Raleigh, NC 27601 | Edward H. Lindsey, Jr., Esq. <br> David M. Abercrombie, Esq. <br> Goodman McGuffey Lindsey & Johnson, LLP <br> 3340 Peachtree Road NE, Suite 2100 <br> Atlanta, GA 30326-1084 |

- 5 -

This 24th day of January, 2012.

                                             CARL L. SOLLEE, LLC
                                             Attorney for Plaintiffs

                               By: *S/ CARL L. SOLLEE*
                                    CARL L. SOLLEE
                                    Georgia State Bar No.:  000242
                                    carl@solleelaw.com

Carl L. Sollee, LLC
1376 Sheffield Drive, NE
Atlanta, GA 30329

- 5 -